```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 13756
   KAREN D MIKULA
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2552


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/30/2008 and was not confirmed.

     The case was dismissed without confirmation 09/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
EASTERN SAVINGS BANK     CURRENT MORTG          .00          .00          .00
EASTERN SAVINGS BANK     MORTGAGE ARRE          .00          .00          .00
WASHINGTON MUTUAL HOME L SECURED NOT I    NOT FILED          .00          .00
BANK ONE                 NOTICE ONLY      NOT FILED          .00          .00
BANK ONE                 NOTICE ONLY      NOT FILED          .00          .00
BURLING BANK             NOTICE ONLY      NOT FILED          .00          .00
CHASE                    NOTICE ONLY      NOT FILED          .00          .00
CHASE MANHATTAN BANK USA NOTICE ONLY      NOT FILED          .00          .00
CHASE                    NOTICE ONLY      NOT FILED          .00          .00
CHILDRENS PLACE          NOTICE ONLY      NOT FILED          .00          .00
CREDIGY                  UNSECURED        NOT FILED          .00          .00
GMAC                     NOTICE ONLY      NOT FILED          .00          .00
GEMB                     NOTICE ONLY      NOT FILED          .00          .00
ECAST SETTLEMENT CORP    UNSECURED              .00          .00          .00
SAM'S CLUB               NOTICE ONLY      NOT FILED          .00          .00
GREAT AMERICAN FINANCE   NOTICE ONLY      NOT FILED          .00          .00
HSBC                     NOTICE ONLY      NOT FILED          .00          .00
HSBC/COSTCO              NOTICE ONLY      NOT FILED          .00          .00
IKEA                     NOTICE ONLY      NOT FILED          .00          .00
HSBC/RS                  NOTICE ONLY      NOT FILED          .00          .00
KOHLS                    NOTICE ONLY      NOT FILED          .00          .00
LVNV FUNDING             UNSECURED         17514.45          .00          .00
MAURICES                 NOTICE ONLY      NOT FILED          .00          .00
NICOR GAS                UNSECURED        NOT FILED          .00          .00
NORTHERN ILLINOIS UNIVER NOTICE ONLY      NOT FILED          .00          .00
PROVIDIAN FINANCIAL      NOTICE ONLY      NOT FILED          .00          .00
RNB-FIELDS3              NOTICE ONLY      NOT FILED          .00          .00
THD/CBSD                 NOTICE ONLY      NOT FILED          .00          .00
VON MAUR                 UNSECURED           180.00          .00          .00
WACHOVIA BANK            NOTICE ONLY      NOT FILED          .00          .00
WACHOVIA/ACS             UNSECURED        NOT FILED          .00          .00
WELLS FARGO FINANCIAL IL NOTICE ONLY      NOT FILED          .00          .00
WFINANCE                 NOTICE ONLY      NOT FILED          .00          .00
WFNNB/EXPRESS            NOTICE ONLY      NOT FILED          .00          .00
WFNNB/EXPRESS            NOTICE ONLY      NOT FILED          .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13756 KAREN D MIKULA
```

```
WFNNB LERNER              NOTICE ONLY    NOT FILED           .00            .00
WFNNB/ VICTORIA'S SECRET  NOTICE ONLY    NOT FILED           .00            .00
ECMC                      UNSECURED      14842.83            .00            .00
ER SOLUTIONS INC          UNSECURED        643.38            .00            .00
RIVER NORTH GROUP         DEBTOR ATTY    2,250.00                       2,104.37
TOM VAUGHN                TRUSTEE                                         163.27
DEBTOR REFUND             REFUND                                              .00
```

Summary of Receipts and Disbursements:
```
--------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     2,267.64

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  2,104.37
TRUSTEE COMPENSATION                              163.27
DEBTOR REFUND                                        .00
                         ---------------     ---------------
TOTALS                      2,267.64            2,267.64
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 12/22/08             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```